# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITES STATES OF AMERICA**<br><br>v.<br><br>**BRIAN PERRI** | **CRIMINAL ACTION NO. 15-486**<br><br>**CIVIL ACTION NO. 18-1746** |

## ORDER

**AND NOW** this 28th day of October, 2020, the Petition for Compassionate Release filed under 18 U.S.C. § 3582(c) will be **DENIED** for the reasons set forth in the accompanying Memorandum.

There are no grounds for a certificate of appealability.

BY THE COURT:

*/s/ Michael M. Baylson*

_____
**MICHAEL M. BAYLSON, U.S.D.J.**